DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEBASTIAN HILLCOAT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-667

[November 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 17-002076CF10A.

Carey Haughwout, Public Defender, and Jessica A. De Vera, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***